IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MICHAEL E. HEGARTY

Criminal Action No.   11-cr-00295-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Sharon Jones,

      Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 4th day of January, 2012.

BY THE COURT:

s/Michael J. Watanabe
By:_____
United States Magistrate Judge
DISTRICT OF COLORADO